| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bartle III, Harvey | 2. Court or Organization<br><br>U.S. District Court, E.D. Pa. | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>16614 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any<br>    modifications pertaining thereto, it is, in my opinion, in compliance<br>    with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ |
| 2. Co-Trustee | Trusts under Will |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 19 P 2: 24 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Co-Trustee Fee | $ 14,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Texas Teachers Retirement System |
| 2. 2007 | ████████ - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pennsylvania Bar Association | 1/24-25/07 | Riviera Maya, Mexico | Guest Speaker | Cab fares to and from airports and one night's lodging (Midyear Meeting) |
| 2. | Pennsylvania Bar Association | 1/29-30/08 | Las Croabas, Puerto Rico | Guest Speaker | Reimbursement of advance purchase of airline tickets for travel to and from Midyear Meeting |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Philadelphia Bar Association | Membership (extended to all judges) | $ 365 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Eastman Kodak (Com.) | A | Dividend | J | T | | | | | |
| 2. General Motors | A | Dividend | J | T | | | | | |
| 3. IBM (Com.) | A | Dividend | K | T | | | | | |
| 4. Xerox (Com.) | | None | J | T | | | | | |
| 5. Delphi Automotive Systems (Com.) | | None | J | T | | | | | |
| 6. Banknorth, Philadelphia, PA (previously Hudson United Bank) | A | Interest | K | T | | | | | |
| 7. Vanguard-Windsor II (IRA rollover) (previously | | | | | | | | | |
| 8. Dechert Price & Rhoads H.R. 10 Retirement Plan) | | None | M | T | | | | | |
| 9. Merrill Lynch (Mercury U.S. Large Cap Fund Class B) | | None | J | T | | | | | |
| 10. TIAA/CREF (Retirement Fund) | | None | O | T | | | | | |
| 11. Trusts under Will (see attachment) | | | | | | | | | |
| 12. Easton Vance Pa. Mun. Income Trust | A | Interest | J | T | | | | | |
| 13. VanKemper Am. Capital Trust | A | Interest | J | T | | | | | |
| 14. Wachovia Securities (Account Manager for #12 and #13) | | | | | | | | | See #12 and #13 |
| 15. Vanguard (Wellington Fund) | B | Dividend | L | T | | | | | |
| 16. Vanguard (Pa. Long Term Tax Exempt Fund) | A | Interest | J | T | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey Bartle, III | May-08 |

## VII. Page 1 INVESTMENTS AND TRUSTS -- income, value, transactions (*includes those of spouse and children. See pp. 34-57 of Instructions.*)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transaction during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income) | | | | | | | | | |
| 1 | Abbott Laboratories | A | Div. | K | T | | | | | |
| 2 | Altria Group | D | Div. | M | T | | | | | |
| 3 | Aqua America | B | Div. | L | T | | | | | |
| 4 | Bristol Myers Squibb | C | Div. | M | T | | | | | |
| 5 | Cisco Systems | none | | J | T | | | | | |
| 6 | Exxon Mobil | B | Div. | L | T | | | | | |
| 7 | Federal Home Loan Mtg Corp | A | Div. | K | T | | | | | |
| 8 | General Electric | C | Div. | M | T | | | | | |
| 9 | Hanesbrand | none | | J | T | part sale | 1/3/07 | J | A | |
| 10 | IBM | A | Div. | J | T | | | | | |
| 11 | Idearc | A | Div. | | | sold | 2/23 | J | C | |
| 12 | MBIA | A | Div. | J | T | | | | | |
| 13 | Medco Health Solutions | none | | J | T | | | | | |
| 14 | Merck & Co. | A | Div. | J | T | | | | | |
| 15 | PNC Corp | B | Div. | L | T | | | | | |
| 16 | PPG Industries | C | Div. | M | T | | | | | |
| 17 | Sara Lee | B | Div. | L | T | part sale | 1/3/07 | K | A | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,000 - $5,000,000 | D=$5,001 - $15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,00 - $500,000 P3=$25,000,0001 - $50,000,000 | K=$15,001 - $50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,000 - $5,000,000 P4=More than $50,000,000 | M=$100,000 - $250,000 P2=$5,000,0001 - $25,000,000 | E=$15,001 - $50,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Block value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey Bartle, Ill | |

## VII. Page 1 INVESTMENTS AND TRUSTS -- income, value, transactions *(includes those of spouse and children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transaction during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income) | | | | | | | | | |
| 1 Hospira | none | | J | T | | | | | |
| 2 PPL Corp | B | Div. | L | T | | | | | |
| 3 Verizon Communications | C | Div. | L | T | | | | | |
| 4 Blackrock Muniyield PA Insd Fd. | B | Div. | K | T | | | | | |
| 5 Nuveen PA Premium Inc Fd 2 | B | Div. | K | T | | | | | |
| 6 PA Insd. Mun Inc. Tr. 1st Ser. | A | Div. | J | T | | | | | |
| 7 Van Kampen Cap PA Val | B | Div. | | | sold | 6/19/ | L | C | |
| 8 So. East PA Transit 5% | B | Ex. Int. | K | T | | | | | |
| 9 Lehigh Co. Hosp. 5% | B | Ex. Int. | K | T | | | | | |
| 10 PA Int. Govt. 5% | B | Ex. Int. | K | T | | | | | |
| 11 Wachovia Command Money Mkt | B | Div. | L | T | | | | | |
| 12 Bank of Holland CD 4% | A | Int. | K | T | | | | | |
| 13 GMAC Automotive CD 3.6% | A | Int. | | | redeemed | 12/31/ | K | A | |
| 14 Kraft Foods | A | Div. | L | T | spin-off | 4/2/07 | L | A | |
| 15 Westsound Bank CD 3.8% | A | Int. | K | T | | | | | |
| 16 Doral Bank CD 4.15% | A | Int. | J | T | | | | | |
| 17 Discover Bank CD 4.2% | A | Int. | K | T | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,000 - $5,000,000 | D=$5,001 - $15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,00 - $500,000 P3=$25,000,0001 - $50,000,000 | K=$15,001 - $50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,000 - $5,000,000 P4=More than $50,000,000 | M=$100,000 - $250,000 P2=$5,000,0001 - $25,000,000 | E=$15,001 - $50,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Block value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544